HON. SUSAN D. WIGENTON
UNITED STATES MAGISTRATE JUDGE

TAPE# Cr L/04

Mag/Cr. # 04-7157

USA v. Danilo Diaz

Date: 11/15/04

T.____USC______ ______________________/ APPEAR:____________

COMPLT / INFORMA . Filed__________

ORD. OF RELEASE____________

WARR. ISSUED __________

SURETY________________

DEFT. ARRESTED___________
RULE 40 ____________

3RD. PARTY CUSTOD.____________

FINANC. AFFIDAVIT ___________

DEFT. REMANDED______________

ORD APPOINTING FPD______

VIOL OF SUPV. REL__________

CJA APPOINTMENT_____

INTERPRETER SWORN

__________________________

VIOL OF PROB.__________

REVOCATION HRG__________

INITIAL APPEAR ______________

CONSENT TO MAG____________

BAIL SET _____ BAIL DENIED____

PLEA: _____GUILTY_____N.G.

PRE LIM WAIVED____ SET________

TRIAL SET FOR __________

APPEAR BOND_____ Co Signer_____

SENTENCE SET FOR____________

AUSA Philip Degnan

DEFENSE Lorraine Gauli Rufo

Cr. Tape# Cr L/04

Deft appeared on motion for bail modification

Motion for bail is denied at this present time

Detention will remain, the Order