2004R01143/PJD

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :     Criminal No. 05-622 (RBK)
                               :
            v.                 :     21 U.S.C. § 841(a)(1) & (b)(1)(A)
                               :
DANILO DIAZ,                   :     I N F O R M A T I O N
a/k/a "Danny Diaz"

        The defendant having waived in open court prosecution

by indictment, the United States Attorney for the District of New

Jersey charges that:

        On or about September 9, 2004, in Hudson County, in the

District of New Jersey, and elsewhere, defendant

                         DANILO DIAZ,
                     a/k/a "Danny Diaz"

did knowingly and intentionally distribute and possess with

intent to distribute 50 grams or more of methamphetamine, a

Schedule III narcotic drug controlled substance.

        In violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(A).


                                  CHRISTOPHER J. CHRISTIE
                                  UNITED STATES ATTORNEY

CASE NUMBER: _____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

DANILO DIAZ,
a/k/a "Danny Diaz"

# INFORMATION CHARGING
# VIOLATION OF

21 U.S.C. §841(a)(1) & (b)(1)(A)

CHRISTOPHER J. CHRISTIE
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

PHILIP JAMES DEGNAN
*ASSISTANT U.S. ATTORNEY*
*973-645-2713*

USA-48AD 8
(Ed. 1/97)