UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  :    WAIVER OF INDICTMENT
     v.                           :
                                  :    Crim. No. 05- 622 (RBK)
DANILO DIAZ,                      :
   a/k/a "Danny Diaz"

I, Danilo Diaz, the above-named defendant, who is charged with:

> knowingly and intentionally distributing and possessing with intent to distribute 50 grams or more of methamphetamine, a Schedule III narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)

have been advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive in open court on August 19, 2005 prosecution by indictment and consent that the prosecution may be by information rather than by indictment.

_____
Danilo Diaz
Defendant

_____
Lorraine Gauli-Rufo, AFPD
Counsel for Danilo Diaz

Before: _____
Hon. Joseph E. Irenas
Senior United States District Judge

8/19/05

9:22 A.M.