# UNITED STATED DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MINUTES OF PROCEEDINGS

**8/19/05**
**DATE OF PROCEEDINGS**

**CAMDEN OFFICE:** Hearing conducted in Newark

**JUDGE JOSEPH E. IRENAS**

**COURT REPORTER:** Mollie Ann Giordano

**DOCKET NO.:** 05-cr-622 (RBK)

**TITLE OF CASE:**
UNITED STATES OF AMERICA
        vs.
DANILO DIAZ
a/k/a "Danny Diaz"

**APPEARANCE:**
Philip James Degnan, A.U.S.a.
    for the Government

Lorraine Gauli-Rufo, A.F.P.D.
    for the Defendant

Defendant present

**NATURE OF PROCEEDINGS:**   WAIVER OF INDICTMENT and PLEA TO INFORMATION

Ordered defendant sworn; defendant sworn.
Waiver of indictment executed and filed.
INFORMATION filed.
PLEA:   GUILTY  to One-Count Information   .
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
RULE 11 FORM FLD.
Ordered sentencing set for Friday, December 9, 2005, 9:00 a.m., Courtroom 4A - Newark.
Ordered defendant remanded to the custody of the U.S. Marshal.


Adjourned to:_____   Time commenced: 9:00 A.M.   Time Adjourned: 10:00 A.M.


**DOLORES HICKS**
**DEPUTY CLERK**