UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK OFFICE**

December 9 2005
DATE OF PROCEEDINGS

**JUDGE** JOSEPH E. IRENAS

**COURT REPORTER:** IRA RUBENSTEIN

**DOCKET NO.:** 05 -cr- 622 (RBK)

**TITLE OF CASE:**
United States of America
v.

DANILO DIAZ

**APPEARANCES:**
PHILIP J. DEGNAN, A.U.S.A.
    for the Government

LORRAINE GAULI-RUFO, AFPD, Esq.
    for the Defendant

Defendant present.

**NATURE OF PROCEEDINGS:**    Sentence on One-Count Information

**SENTENCE:**    46 months imprisonment; 3 years supervised release; Special Conditions: Refrain from the illegal possession and/or use of drugs, cooperate in the collection of DNA, etc., No fine ; $ 100.00 special assessment.

Ordered defendant remanded to the custody of the U.S. Marshal.

Court Recommendation: FCI Fort Dix

Adjourned to: _____    Time commenced: 10:00 A.M.    Time Adjourned:  11:00 A.M.

DOLORES HICKS
DEPUTY CLERK